IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION



PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

| | |
|---|---|
| **Erasmo Moreno** | Big Spring FCI, Big Spring, Texas |
| PETITIONER (Full name of Petitioner) | CURRENT PLACE OF CONFINEMENT |
| vs. | # 67782179 |
| | PRISONER ID NUMBER |
| **A.W. Hess** | 1-21CV-0156H |
| RESPONDENT (Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner) | CASE NUMBER (Supplied by the District Court Clerk) |

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

### PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:
1. _____ pretrial detention;
2. _____ a conviction;
3. _____ a sentence;
4. _____ jail or prison conditions;
5. _____ a prison disciplinary proceeding;
6. _____ parole or mandatory supervision;
7. _√___ time credits;
8. _√___ other (specify): _Via-Zoom Tele/Video Conference_

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition. ☐ Yes ☒ No  If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies. _Exh A. Pg 3-6_

2

1. Place of detention: __FCI Big Spring TX__

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: ____

3. Name and location of court in which your case is pending or in which you were convicted: __79th Judicial Dist. Ct., Falfurrias TX    See Exh A. Pg. 1-2__

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: __17-08-11140-CR__

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: __No.__

6. Check whether a finding of guilty was made:

    a. after a plea of guilty            ✓

    b. after a plea of not guilty        ____

    c. after a plea of nolo contendere   ____

7. If you were found guilty, check whether that finding was made by:

    a. a jury                       ____

    b. a judge without a jury       ____

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    ☐ Yes    ☒ No

3

9. If you did appeal, give the following information for each appeal:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b)

        (c)

        (d)

    b. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

        (a) N/A

        (b)

        (c)

(d) _____

_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.

a. GROUND ONE: Enforce Access to Court, under 1st Amend. U.S Const. Rights to Petition Gov't for Redress of Greivance. namely Via-Zoom Tele/Video Conference.

Supporting facts: On Aug 18, 2021, at 9:00 A.M, I used SR5 Unit Counselor Telephone. I talked to Judge Terrell, of 79th Judicial Dist. Crt, in Falfurrias TX. See Exh. A. Pg. 1-2. We talked to try to get me sentenced over the phone, but judge denied me to get sentenced, because he said he had no visual of me. For the past couple of weeks FCI Big Spring TX Staff worked with me diligently to obtain Via-Zoom Tele/Video Conference, but did not prevail. as a result Judge said he was going to re-schedule me.
FCI Big Spring TX does not have any Via-Zoom Video/Tele Conference.

5

11. Relief sought in this petition: To be transported to Abilene Div. Crt Hse. to use its Via-Zoom Video/Teleconference Room/Station by FCI Big Spring TX - Transportation Team. Cont. next Pg. 7 1/2

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

☐ Yes ☑ No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

a. (1) Name of court and docket or case number: N/A

(2) Result and date of result: N/A

(3) Grounds raised (list each):

(a) N/A

(b)

(c)

(d)

b. (1) Name of court and docket or case number: N/A

(2) Result and date of result: N/A

(3) Grounds raised (list each):

(a) N/A

So I can be sentenced. Also to send Judge Terrell, when Sentencing Hearing Phase can proceed, so this Court and 79th Jud. Dist Crt, can be on the same Sentencing Schedule.
   Also waiving right to have Counsel at Sentencing.

Pg. 7 ½

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____N/A_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on __8-23-2021__ (month, day, year).

Executed (signed) on __Erasmo Moreno Elizado__ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

__Federal Correctional Institution__
__1900 Simler Ave__
__Big Spring TX 79720__
_____

Certificate Of Services

I, hereby certify that a true and correct copy of the foregoing has been sent to:

1.) Judge Richard C. Terrell, 79th Judicial Dist. Crt, P.O. Box 454 Falfurrias Texas 78355

Dated: 8-23-21

9

By: _____

